```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv1719 (DLC)
DIANA MARTINEZ,                          :
                                         :         ORDER
                Plaintiff,               :
        -v-                              :
                                         :
BRONX-LEBANON HOSPITAL CENTER,           :
BRONXLEBANON HOSPITAL CENTER HEALTH      :
CARE SYSTEM, BRONXCARE NETWORK,          :
BRONXCARE HOSPITAL CENTER, BRONXCARE     :
HEALTH INTEGRATED SERVICES SYSTEM,       :
INC., BRONX-LEBANON INTEGRATED           :
SERVICES SYSTEM, INC., BRONXHEALTH       :
ACCESS IPA, INC., BRONX HEALTH ACCESS,   :
BRONXCARE IPA, INC., NEW YORK            :
RADIOLOGY ALLIANCE, VIRTUAL RADIOLOGIC   :
CORPORATION, VIRTUAL RADIOLOGIC          :
PROFESSIONALS OF NEW YORK, ENVISION      :
PHYSICIAN SERVICES, LLC, ENVISION        :
MANAGEMENT SERVICES, LLC, ENVISION       :
HEALTHCARE CORPORATION, ACACIA           :
NETWORK, INC., ACACIA NETWORK, LA CASA   :
DE SALUD, INC., LA CASA DE SALUD,        :
FRANCINE IVY MENDS, M.D., STEVEN H.      :
GOTTESFELD, M.D., ALLAREDDY VASANTH      :
KUMAR REDDY, M.D., RAJESH MAHARBHAI      :
PATEL, M.D., ARCANGELO ALDO LUBRANO,     :
M.D., ELIZABETH ELAINE HOLT, N.P.,       :
FLORA ADELAIDE ANTWI, N.P., CARLINE      :
LAMOUR-OCCEAN, N.P., LUCY PALOMINO,      :
N.P., EDITH LYNN WILLIAMS, N.P.,         :
BRONXCARE HEALTH SYSTEM, and JOHN DOES   :
1-50 AND JANE ROES 1-50,                 :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for April 24, 2020 at 10:30 a.m. will be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:

Dial-in: 888-363-4749

Access code: 4324948

The attorneys who will serve as principal trial counsel must participate in this telephone conference.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated: New York, New York
March 19, 2020

_____
DENISE COTE
United States District Judge